NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 10 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TECK KIM NG, | No. 18-72431 |
| Petitioner, | Agency No. A070-088-937 |
| v. | |
| WILLIAM P. BARR, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 3, 2020[**]

Before:     MURGUIA, CHRISTEN, and BADE, Circuit Judges.

Teck Kim Ng, a native and citizen of China, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's decision denying his motion to reopen exclusion proceedings

conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We deny the

petition for review.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

The BIA denied Ng's motion to reopen because he failed to establish reasonable cause for his failure to appear at his hearing, and in the alternative, as a matter of discretion based upon his extreme lack of diligence in pursuing his motion. In his opening brief, Ng failed to challenge the BIA's denial of his motion to reopen as a matter of discretion, which is dispositive. *See INS v. Rios-Pineda*, 471 U.S. 444, 449 (1985) (a motion to reopen is within the sound discretion of the Attorney General, and the Attorney General has "broad discretion" to grant or deny motions to reopen); *Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1079-80 (9th Cir. 2013) (issues not specifically raised and argued in a party's opening brief are waived).

Because the denial as a matter of discretion is dispositive, we need not address Ng's contentions regarding whether he established reasonable cause for his failure to appear. *See Simeonov v. Ashcroft*, 371 F.3d 532, 538 (9th Cir. 2004) (the courts and the agency are not required to make findings on issues the decision of which is unnecessary to the results).

**PETITION FOR REVIEW DENIED.**